# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 SEP 27  AM 9: 27

CLERK_____
SO. DIST. OF GA.

KENYATTA HEATH,                    )
                                  )
    Movant,                       )
                                  )
v.                                )         Case No. CR499-58-002
                                  )                CV405-165
UNITED STATES OF AMERICA,          )
                                  )
    Respondent.                   )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 27 day of _Sept_____, 2005.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA